IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALEXANDER RIVERS,

    Plaintiff,

vs.                                     CASE NO: 4:07-cv-374-SPM/WCS

TPH ACQUISITION LLLP
d/b/a THE PARTS HOUSE,

    Defendant.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to the "Notice of Voluntary Dismissal" (doc. 23) and Federal Civil Procedure Rule 41(a)(1), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     This action is dismissed with prejudice.

2.     Each party shall bear his own attorney's fees.

3.     All pending motions are denied as moot.

**DONE AND ORDERED** this twenty-sixth day of March, 2008.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge